OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

ZIP 78701
02 1W
0001401603NOV 20 2015

U.S. POSTAGE >> PITNEY BOWES

$ 000.27⁵
NOV 20 2015

11/16/2015
TRAMMEL, RODERICK AKA TRAMMEL, RODERICK JOHN          Tr. Ct. No.
402535-B                    WR-84,125-02

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RODERICK TRAMMEL

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS CO SHERIFF'S DEPT.